1  Jesse S. Atwal (SBN: 254252)
   **ATWAL & COMPANY**
2  2400 Del Paso Road, Suite 166
   Sacramento, CA 95834
3  Telephone: (916) 359-5000
   Email: jesse@atwalco.com
4

5  Attorney for Plaintiffs,
   GOLDEN STATE TRUCK SALES, INC. and
6  DHARMINDER SINGH

7
   Sean Gavin, (SBN: 251124)
8  FOOS GAVIN LAW FIRM, P.C.
   3947 Lennane Drive, Suite 120
9  Sacramento, California 95834
   T: 916.779.3500
10 F: 916.779.3508
11 E: sean@foosgavinlaw.com

12
   Attorney for Plaintiffs,
13 GOLDEN STATE TRUCK SALES, INC. and
   DHARMINDER SINGH

14
## UNITED STATES DISTRICT COURT
15
## EASTERN DISTRICT OF CALIFORNIA

16

| GOLDEN STATE TRUCK SALES, INC., a California corporation; DHARMINDER SINGH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BAY TRAILER SALES, LLC, a Virginia limited liability company; JONATHAN EMDE, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | **Case No.: 2:16-cv-00580** <br><br> **STIPULATED JOINT REQUEST TO MODIFY PRETRIAL SCHEDULING ORDER** |
|---|---|

Plaintiffs Golden State Truck Sales, Inc. and Dharminder Singh ("Plaintiffs"), and Defendants Bay Trailer Sales, LLC and Jonathan Emde ("Defendants"), having met and

conferred, hereby jointly request, based on the showing of good cause discussed herein, that the Court modify the Pretrial Scheduling Order by vacating the deadline to disclose expert witnesses, which is presently set for April 13, 2017, and resetting the deadline to disclose expert witnesses to July 31, 2017.

## I. GOOD CAUSE EXISTS TO MODIFY THE PRETRIAL SCHEDULING ORDER

On May 20, 2016, the parties submitted a Joint Status Report (Docket #9) pursuant to the Court's March 21, 2016 Order Requiring Joint Status Report (Docket #3). In their Joint Status Report, the Parties proposed January 27, 2017 as the deadline to make initial expert disclosures and February 24, 2017 as the deadline to name rebuttal experts.

On July 19, 2016, this Court issued its Pretrial Scheduling Order. See Docket #11. This Pretrial Scheduling Order established the deadline to disclose expert witnesses as April 13, 2017 and provided a thirty (30) day period following the initial disclosure of expert witnesses to name rebuttal witnesses.

On February 23, 2017, the Parties, via counsel, engaged in a Settlement Conference before Judge Brennan. At that Conference, the Parties agreed to cooperate to accomplish the sale of certain assets, the successful disposal of which will enable the parties to have more productive settlement communications in the near future. To that end, Judge Brennan consented to continuing the Settlement Conference to May 4, 2017 at 10:00 a.m., at which point the parties will continue to engage in good faith settlement discussions.

Since the initial Settlement Conference, the Parties have made progress in the sale of those certain assets. Nevertheless, more time is necessary to complete those efforts. The Parties and their counsel believe that, unless and until those assets are sold – or alternatively it becomes clear the assets will not be sold – the engagement of expert witnesses would be premature and potentially wasteful.

The Parties and their counsel therefore believe and submit that good cause exists for a modification of the current Pretrial Scheduling Order. The modification will allow both parties

to focus their efforts and budget toward settlement of the matter. Accordingly, Plaintiffs and Defendants jointly request the Court modify the Pretrial Scheduling Order to vacate the deadline to disclose expert witnesses, which is presently set for April 13, 2017, and reset the deadline to disclose expert witnesses to July 31, 2017. This modification will not disrupt Trial in this matter, which is presently scheduled to begin on March 5, 2018.

No other changes – including the thirty (30) day period following the initial disclosure of expert witnesses to name rebuttal witnesses – to the Pretrial Scheduling Order are requested at this time.

## II. CONCLUSION

For the foregoing reasons, the Parties jointly request the Court modify the Pretrial Scheduling Order to vacate the deadline to disclose expert witnesses, which is presently set for April 13, 2017, and reset the deadline to disclose expert witnesses to July 31, 2017.

Respectfully submitted,

Date: April 12, 2017    FOOS GAVIN LAW FIRM, P.C.


By: __/s/ Sean Gavin__
Sean Gavin (SBN: 251124), Attorney for Plaintiffs,
GOLDEN STATE TRUCK SALES, INC. and
DHARMINDER SINGH


Date: April 12, 2017    LEWIS BRISBOIS BISGAARD & SMITH LLP


By: __/s/ Maren MacAdam__
John S. Poulos
Maren MacAdam
Attorney for BAY TRIAL SALES, LLC and
JONATHAN EMDE

**ORDER**

Good cause appearing, the Court hereby modifies to Pretrial Scheduling Order as follows: the deadline to disclose expert witnesses, which is presently set for April 13, 2017, is vacated. The new deadline to disclose expert witnesses is July 31, 2017. All other dates in the Pretrial Scheduling Order and the Supplemental Pretrial Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: April 18, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE