**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN S. POULOS, SB# 154689
  E-Mail: John.Poulos@lewisbrisbois.com
MAREN MACADAM, SB# 302362
  E-Mail: Maren.MacAdam@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for BAY TRAILER SALES, LLC and
JONATHAN EMDE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GOLDEN STATE TRUCK SALES, INC., a California corporation; DHARMINDER SINGH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BAY TRAILER SALES, LLC, a Virginia limited liability company; JONATHAN EMDE, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. 2:16-cv-00580-MCE-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Judge: Hon. Edmund Brennan<br>Date: May 4, 2017<br>Time: 10:00 a.m.<br>Crtrm.: 8, 13th Floor<br><br>Trial Date: March 5, 2018 |

Plaintiffs Golden State Truck Sales, Inc. and Dharminder Singh ("Plaintiffs"), and Defendants Bay Trailer Sales, LLC and Jonathan Emde ("Defendants"), having met and conferred, hereby jointly request, based on the showing of good cause discussed herein, that the Further Settlement Conference which is presently set for May 4, 2017 be rescheduled to July 27, 2017 at 10:00 am or a date more suitable to the Court.

I. <u>GOOD CAUSE EXISTS TO CONTINUE THE SETTLEMENT CONFERENCE</u>

On February 23, 2017, the Parties, via counsel, engaged in a Settlement Conference before Judge Brennan. At that Conference, the Parties agreed to cooperate to accomplish the sale of

certain assets, the successful disposal of which will enable the parties to have more productive settlement communications in the near future. To that end, Judge Brennan consented to continuing the Settlement Conference to May 4, 2017.

Since the initial Settlement Conference, the Parties have made progress in the sale of those certain assets. Nevertheless, more time is necessary to complete those efforts and both parties have agreed that a Settlement Conference at this juncture would not be productive for either side.

The Parties and their counsel therefore believe and submit that good cause exists for a further continuance of the Settlement Conference. This continuance will allow both parties to focus their efforts toward settlement of the matter. Accordingly, Plaintiffs and Defendants jointly request the Court continue the Settlement Conference which is presently set for May 4, 2017, and reschedule the Settlement Conference to July 27, 2017. This continuance will not disrupt Trial in this matter, which is presently set for March 5, 2018.

II. CONCLUSION

For the foregoing reasons, the Parties jointly request that the Further Settlement Conference which is presently set for May 4, 2017 be rescheduled to July 27, 2017 at 10:00 am or a date more suitable to the Court.

Respectfully submitted,

DATED: May 1, 2017  LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ Maren MacAdam
John S. Poulos
Maren MacAdam
Attorneys for BAY TRAILER SALES, LLC and JONATHAN EMDE

/////
/////
/////
/////
/////

DATED: May 1, 2017               FOOS GAVIN LAW FIRM, P.C.


By:      /s/ Sean Gavin
         Sean Gavin, Attorneys for Plaintiffs
         GOLDEN STATE TRUCK SALES, INC. and
         DHARMINDER SINGH

## **ORDER**

The Further Settlement Conference date currently scheduled for May 4, 2017 is continued to July 27, 2017 at 10:00 a.m. in Courtroom No. 8.

**IT IS SO ORDERED**.

DATED: May 2, 2017.

_____
HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE