1    LEWIS BRISBOIS BISGAARD & SMITH LLP
2    JOHN S. POULOS, SB# 154689
     MAREN MACADAM, SB# 302362
3    2020 West El Camino Avenue, Suite 700
     Sacramento, California 95833
4    Telephone: 916.564.5400
     Facsimile: 916.564.5444
5

6    Attorneys for Defendants,
     BAY TRAILER SALES, LLC
7    and JONATHAN EMDE

8
     Sean Gavin, SB# 251124
9    FOOS GAVIN LAW FIRM, P.C.
     3947 Lennane Drive, Suite 120
10   Sacramento, California 95834
     Telephone:  916.779.3500
11   Facsimile:  916.779.3508

12
13   Attorney for Plaintiffs,
     GOLDEN STATE TRUCK SALES, INC. and
14   DHARMINDER SINGH

15                **UNITED STATES DISTRICT COURT**
16                **EASTERN DISTRICT OF CALIFORNIA**

17   _____     _____

18   GOLDEN STATE TRUCK SALES, INC.,          **Case No.: 2:16-cv-00580**
     a California corporation;
19   DHARMINDER SINGH, an individual,         **STIPULATED JOINT REQUEST AND**
                                              **ORDER**
20        Plaintiffs,

21        v.

22   BAY TRAILER SALES, LLC, a
23   Virginia limited liability company;
     JONATHAN EMDE, an individual;
24   and DOES 1-25, inclusive,

25        Defendants.
     _____

26

27        Plaintiffs Golden State Truck Sales, Inc. and Dharminder Singh ("Plaintiffs"), and

28   Defendants Bay Trailer Sales, LLC and Jonathan Emde ("Defendants"), having met and

conferred, hereby jointly request, based on the showing of good cause discussed herein, that the Court vacate the deadline to disclose expert witnesses, which is presently set for July 31, 2017, and reset the deadline to disclose expert witnesses to September 28, 2017.

## I.  GOOD CAUSE EXISTS TO CONTINUE THE DATE FOR DISCLOSING EXPERTS

On May 20, 2016, the parties submitted a Joint Status Report (Docket #9) pursuant to the Court's March 21, 2016 Order Requiring Joint Status Report (Docket #3). In their Joint Status Report, the Parties proposed January 27, 2017 as the deadline to make initial expert disclosures and February 24, 2017 as the deadline to name rebuttal experts.

On July 19, 2016, this Court issued its Pretrial Scheduling Order.  See Docket #11.  This Pretrial Scheduling Order established the deadline to disclose expert witnesses as April 13, 2017 and provided a thirty (30) day period following the initial disclosure of expert witnesses to name rebuttal witnesses.

On February 23, 2017, the Parties, via counsel, engaged in a Settlement Conference before Judge Brennan.  At that Conference, the Parties agreed to cooperate to accomplish the sale of certain assets, the successful disposal of which will enable the parties to have more productive settlement communications in the near future.  To that end, Judge Brennan consented to continuing the Settlement Conference to May 4, 2017. This conference has been further continued to September 5, 2017 at which point the parties will continue to engage in good faith settlement discussions. See Docket #23.

Since the initial Settlement Conference, the Parties have made progress in the sale of those certain assets.  Nevertheless, more time is necessary to complete those efforts.  The Parties and their counsel believe that, unless and until those assets are sold – or alternatively it becomes clear the assets will not be sold – the engagement of expert witnesses would be premature and potentially wasteful.

The Parties and their counsel therefore believe and submit that good cause exists for a further continuation of the deadline to disclose expert witnesses. This will allow both parties to

focus their efforts and budget toward settlement of the matter.  Accordingly, Plaintiffs and Defendants jointly request the Court vacate the deadline to disclose expert witnesses, which is presently set for July 31, 2017, and reset the deadline to disclose expert witnesses to September 28, 2017.  This change will not disrupt Trial in this matter, which is presently scheduled to begin on March 5, 2018.

No other changes – including the thirty (30) day period following the initial disclosure of expert witnesses to name rebuttal witnesses – to the Pretrial Scheduling Order are requested at this time.

## II.    CONCLUSION

For the foregoing reasons, the Parties jointly request the Court vacate the deadline to disclose expert witnesses, which is presently set for July 31, 2017, and reset the deadline to disclose expert witnesses to September 28, 2017.

DATED: August 1, 2017                    LEWIS BRISBOIS BISGAARD & SMITH LLP


                                         By:        /s/ Maren MacAdam
                                              John S. Poulos
                                              Maren MacAdam
                                              Attorneys for Defendants
                                              BAY TRAILER SALES, LLC and
                                              JONATHAN EMDE

DATED: August 1, 2017                    FOOS GAVIN LAW FIRM, P.C.


                                         By:        /s/ Sean Gavin
                                              Sean Gavin, Attorneys for Plaintiffs
                                              GOLDEN STATE TRUCK SALES, INC. and
                                              DHARMINDER SINGH

## **ORDER**

Good cause appearing, the Court orders as follows: the deadline to disclose expert witnesses, which is presently set for July 31, 2017, is VACATED.  The new deadline to disclose expert witnesses is September 28, 2017.  All other dates in the Pretrial Scheduling Order and the Supplemental Pretrial Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:  August 7, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE