Jesse S. Atwal (SBN: 254252)
**ATWAL & COMPANY**
2400 Del Paso Road, Suite 166
Sacramento, CA 95834
Telephone: (916) 359-5000
Email: jesse@atwalco.com

Attorney for Plaintiffs,
GOLDEN STATE TRUCK SALES, INC. and
DHARMINDER SINGH

Sean Gavin, (SBN: 251124)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
T: 916.779.3500
E: sean@foosgavinlaw.com

Attorney for Plaintiffs,
GOLDEN STATE TRUCK SALES, INC. and
DHARMINDER SINGH

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE TRUCK SALES, INC., a California corporation; DHARMINDER SINGH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BAY TRAILER SALES, LLC, a Virginia limited liability company; JONATHAN EMDE, an individual; and DOES 1-25, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-00580 <br><br> **SECOND REQUEST TO EXTEND THE TIME FOR FILING DISPOSITIONAL PAPERS; ORDER** <br><br> **[F.R.C.P. 16 AND LOCAL RULE 160]** |

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 160, Plaintiffs Golden State Truck Sales, Inc. and Dharminder Singh (collectively "Plaintiffs"), by and through their counsel of record, hereby request that the time to file dispositional papers in this matter be extended to February 9, 2018.

The Parties entered into a final settlement agreement on September 5, 2017. Following the entry of the terms on the record, Judge Brennan ordered that the dispositional papers be filed no later than September 19, 2017.

Plaintiffs prepared the necessary paperwork in time to meet that deadline. Since the settlement conference, however, Defendants have declined to meaningfully participate in the process. Specifically, they have failed to sign the stipulation for dismissal and other related settlement paperwork, and have failed to honor the terms of the settlement agreement. As a result, Plaintiffs have filed a Motion to Enforce the Settlement Agreement, which is scheduled to be heard on February 1, 2018 at 10:00 a.m. before Magistrate Judge Newman in Courtroom 25.

Based on Defendants' initial failure to sign the necessary documents, Plaintiffs previously filed a similar Request to Extend the Time to File Dispositional Papers on September 19, 2017. See Docket #30. On October 17, 2017, Judge England issued an order requesting that the Proposed Order on the Request to Extend the Time to File Dispositional Papers be submitted in word format. See Docket # 31. By that time, it became clear that resubmitting the original order would be insufficient. As a result, Plaintiffs' counsel contacted Judge Brennan's courtroom deputy to determine which Judge should hear a Motion to Enforce the Settlement Agreement. Thereafter, Plaintiffs (via counsel) notified Defendants (via counsel) of their intention to file a Motion to Enforce the Settlement Agreement, and attempted to give Defendants every opportunity to comply with the terms of the settlement agreement. Nevertheless, Defendants have still failed to do so.

It has recently become clear not only that Defendants will not comply with the terms of the settlement agreement, but it also appears that Defendants have ceased communicating with their own counsel.

Consequently, Plaintiffs seek an additional extension of time to file the dispositional documents. Specifically, Plaintiffs seek an extension of time through February 9, 2018, which will allow Judge Newman to rule on the Motion to Enforce the Settlement Agreement and execute any Court order that become necessary thereto.

Respectfully submitted,

Date: December 28, 2017     FOOS GAVIN LAW FIRM, P.C.

By: __/s/ Sean Gavin_____
Sean Gavin (SBN: 251124), Attorney for Plaintiffs,
GOLDEN STATE TRUCK SALES, INC. and
DHARMINDER SINGH

**ORDER**

Good cause appearing, the Court hereby grants Plaintiffs' request to extend the time to file dispositional papers and discharges the Order to Show Cause issued December 18, 2017 (ECF No. 32). The new deadline to file dispositional papers is February 9, 2018.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE