UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLDEN STATE TRUCK SALES, INC., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BAY TRAILER SALES, LLC, et al.,<br><br>        Defendants. | No.  2:16-cv-580-MCE-EFB<br><br>ORDER |

      On June 1, 2018, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants filed objections on June 4, 2018, and they were considered by the undersigned.

      This Court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full. Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed June 1, 2018, are ADOPTED;

2. Plaintiffs' motion to enforce the settlement agreement (ECF No. 42) is GRANTED;

3. Judgment is entered in plaintiffs' favor and against defendants;

4. Plaintiffs are awarded damages in the amount of $100,000, plus $35,058.30 in interest for the period of October 1, 2015 through January 30, 2018, and interest at a rate of 10 percent per annum thereafter until the date judgment is entered;

5. Plaintiffs' request for attorneys' fees is denied without prejudice to filing a properly-supported motion for attorneys' fees; and

6. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE